**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**ALAN E. GURSKI**                                                                                    **PETITIONER**

**v.**                                     **CASE NO. 2:08CV00170 BSM**

**T.C. OUTLAW, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                                     **RESPONDENT**

## JUDGMENT

In accordance with the court's order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 30th day of December, 2008.


_____
UNITED STATES DISTRICT JUDGE